IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:12-CV-314-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>)<br>MCDANIEL PERSONAL PROPERTY, )<br>SPECIFICALLY DESCRIBED AS: )<br>A 2004 CADILLAC ESCALADE, )<br>VIN: 1GYEK63NX4R103870, )<br>AND ANY AND ALL ATTACHMENTS )<br>THEREON; AND ANY AND ALL )<br>PROCEEDS FROM SALE OF SAID )<br>PROPERTY, )<br>)<br>Defendant. ) | **ORDER DENYING<br>ENTRY OF DEFAULT** |

On October 31, 2012, the United States of America ("United States of America" or "plaintiff") filed this civil action in rem under 21 U.S.C. § 881(a)(4) for forfeiture against McDaniel Personal Property, specifically described as a 2004 Cadillac Escalade, VIN: 1GYEK63NX4R103870 ("vehicle"), and any and all attachments thereon; and any and all proceeds from the sale of said property ("defendant") [D.E. 1]. According to the declaration of Harold W. Jordan, Special Agent, Drug Enforcement Administration, United States Department of Justice, the vehicle is owned by Eric Eldon McDaniel ("McDaniel") [D.E. 1-1]. Plaintiff filed affidavits of service on the vehicle [D.E. 7] and McDaniel [D.E. 8]. On July 25, 2013, the United States of America moved for entry of default against defendant for failure to file an answer or otherwise respond [D.E. 11]. On August 14, 2013, McDaniel filed a claim to the vehicle [D.E. 14]. The motion for entry of default is before the undersigned for disposition.

Rule 55(a) of the Federal Rules of Civil Procedure provides for entry of default against a party who "has failed to plead or otherwise defend." Because McDaniel filed a claim or response to the complaint, default is not appropriate. Therefore, plaintiff's motion for entry of default is DENIED [D.E. 11] and plaintiff's motion for default judgment is DENIED as moot [D.E. 12].

SO ORDERED. This 11th day of September, 2013.

Julie A. Richards, Clerk of Court

2