UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> McDANIEL PERSONAL PROPERTY ) <br> Specifically described as: A 2004 Cadillac ) <br> Escalade, VIN: 1GYEK63NX4R103870, ) <br> and any and all attachments thereon; and ) <br> any and all proceeds from the sale of said ) <br> property, ) <br> ) <br> Defendant, ) <br> ) <br> ERIC ELDON McDANIEL, ) <br> ) <br> Claimant. ) | **JUDGMENT** <br><br> No. 7:12-CV-314-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of Plaintiff's Motion for Judgment on the Pleadings.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 30, 2014, that Plaintiff's Motion for Judgment on the Pleadings is granted where the vehicle is subject to forfeiture under § 881(a)(4).

**This Judgment Filed and Entered on January 31, 2014, and Copies To:**

Stephen A. West (via CM/ECF Notice of Electronic Filing)
Eric Eldon McDaniel (via U.S. Mail) PO Box 94, Marietta, NC 28362


January 31, 2014                    JULIE A. RICHARDS, CLERK
                                     /s/ Christa N. Baker
                                    (By) Christa N. Baker, Deputy Clerk