UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> ) </br> McDANIEL PERSONAL PROPERTY ) </br> Specifically described as: A 2004 Cadillac ) </br> Escalade, VIN: 1GYEK63NX4R103870, ) </br> and any and all attachments thereon; and ) </br> any and all proceeds from the sale of said ) </br> property, ) </br> ) </br> Defendant, ) </br> ) </br> ERIC ELDON McDANIEL, ) </br> ) </br> Claimant. ) | **AMENDED JUDGMENT** </br> </br> No. 7:12-CV-314-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of Plaintiff's Motion for Judgment on the Pleadings.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's orders entered January 30, 2014 and March 26, 2014, that Plaintiff's Motion for Judgment on the Pleadings is granted where the vehicle is subject to forfeiture under § 881(a)(4). The U.S. Marshal Service is directed to dispose of the defendant vehicle according to law.

**This Amended Judgment Filed and Entered on March 26, 2014, and Copies To:**

Stephen A. West (via CM/ECF Notice of Electronic Filing)
Eric Eldon McDaniel (via U.S. Mail) PO Box 94, Marietta, NC 28362


March 26, 2014                    JULIE A. RICHARDS, CLERK
                                   /s/ Christa N. Baker
                                  (By) Christa N. Baker, Deputy Clerk